1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
   Email:         matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   WARNER BROS. RECORDS INC.; UMG
7  RECORDINGS, INC.; LAFACE
   RECORDS LLC; BMG MUSIC;
8  INTERSCOPE RECORDS; and CAPITOL
   RECORDS, INC.
9

**FILED**
**FEB 2 8 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT
11            NORTHERN DISTRICT OF CALIFORNIA
                    _____ DIVISION
12

**BZ**

13  WARNER BROS. RECORDS INC., a Delaware     CASE NO. **08      1195**
14  corporation; UMG RECORDINGS, INC., a
    Delaware corporation; LAFACE RECORDS
15  LLC, a Delaware limited liability company;     **CERTIFICATION OF INTERESTED**
    BMG MUSIC, a New York general partnership;    **ENTITIES OR PERSONS**
16  INTERSCOPE RECORDS, a California general
17  partnership; and CAPITOL RECORDS, INC., a
    Delaware corporation,
18
19                Plaintiffs,
20      v.
21  JOHN DOE,
22                Defendant.
23
24
25
26
27
28

ORIGINAL

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35897 v1

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2  associations of persons, firms, partnerships, corporations (including parent corporations) or other

3  entities (i) have a financial interest in the subject matter in controversy or in a party to the

4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5  substantially affected by the outcome of this proceeding:

6    The following companies are parents of, or partners in Plaintiff WARNER BROS.

7  RECORDS INC.:  WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group

8  Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is

9  publicly traded in the U.S.

10    The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:

11  Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings

12  Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is

13  publicly traded.  Vivendi S.A. is publicly traded in France.

14    The following companies are parents of, or partners in Plaintiff LAFACE RECORDS LLC:

15  SONY BMG MUSIC ENTERTAINMENT; USCO Holdings Inc.; BeSo Holding LLC; Arista

16  Holding, Inc.; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Zomba

17  US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is

18  publicly traded.  Sony Corporation is publicly traded in the U.S.

19    The following companies are parents of, or partners in Plaintiff BMG MUSIC: Ariola

20  Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;

21  Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;

22  Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded.  Sony

23  Corporation is publicly traded in the U.S.

24    The following companies are parents of, or partners in Plaintiff INTERSCOPE RECORDS:

25  UMG Recordings, Inc.;  PRI Productions, Inc.; Polygram Holding, Inc.; Universal Music Group,

26  Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.;

27  and Vivendi S.A., of which only Vivendi S.A. is publicly traded.  Vivendi S.A. is publicly traded in

28  France.

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35897 v1

1    The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.:

2    Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV;

3    EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.;

4    Virgin Music Group Ltd.; and EMI Group Limited.

5

6

7    Dated:    February 28, 2008                    HOLME ROBERTS & OWEN LLP

8

9                                                   By _____

10                                                     MATTHEW FRANKLIN JAKSA

                                                       Attorney for Plaintiffs
11                                                     WARNER BROS. RECORDS INC.; UMG
                                                       RECORDINGS, INC.; LAFACE RECORDS
12                                                     LLC; BMG MUSIC; INTERSCOPE RECORDS;
                                                       and CAPITOL RECORDS, INC.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    2
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35897 v1