1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:      matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   WARNER BROS. RECORDS INC.; UMG
7  RECORDINGS, INC.; LAFACE
   RECORDS LLC; BMG MUSIC;
8  INTERSCOPE RECORDS; and CAPITOL
9  RECORDS, INC.

10
                UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
                         _____ DIVISION
12
13
   WARNER BROS. RECORDS INC., a Delaware    CASE NO. CV 08 1195
14 corporation; UMG RECORDINGS, INC., a
   Delaware corporation; LAFACE RECORDS
15 LLC, a Delaware limited liability company;   [PROPOSED] ORDER GRANTING
   BMG MUSIC, a New York general partnership;   PLAINTIFFS' EX PARTE APPLICATION
16 INTERSCOPE RECORDS, a California general     FOR LEAVE TO TAKE IMMEDIATE
17 partnership; and CAPITOL RECORDS, INC., a    DISCOVERY
   Delaware corporation,
18
19              Plaintiffs,
20     v.
21
   JOHN DOE,
22              Defendant.
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE
IMMEDIATE DISCOVERY
Case No. _____
#35900 v1

**RECEIVED**
FEB 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ORIGINAL FILED**
FEB 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BZ

1 | Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery,
2 | the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3 | ORDERED that Plaintiffs may serve immediate discovery on Stanford University to
4 | obtain the identity of Defendant by serving a Rule 45 subpoena that seeks documents that identify
5 | Defendant, including the name, current (and permanent) address and telephone number, e-mail
6 | address, and Media Access Control addresses for Defendant. The disclosure of this information is
7 | ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8 | IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in
9 | response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting
10 | Plaintiffs' rights under the Copyright Act.

DATED:_____   By: _____
                                    United States District Judge