# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

March 4, 2008

To:   Matthew Franklin Jaksa
      Holme Roberts & Owen LLP
      560 Mission Street, 25th Floor
      San Francisco, CA 94105-2994

      Re: Warner Bros. Records Inc., et al. v. John Doe - C08-1195 BZ

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for June 16, 2008 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

          /s/ Lashanda Scott
By:    Lashanda Scott
       Courtroom Deputy

N:\warner.CONSENTEFILE.LTR.wpd