UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WARNER BROS RECORDS INC., A )
Delaware Corp., et al.,       )
                              )        No. C08-1195 BZ
            Plaintiff(s),     )
                              )
      v.                      )        **ORDER GRANTING IMMEDIATE**
                              )        **DISCOVERY**
JOHN DOE,                     )
                              )
            Defendant(s).     )
_____)

     Upon plaintiffs' Ex Parte Application for Leave to Take

Immediate Discovery, the Declaration of Carlos Linares, and

the accompanying Memorandum of Law, **IT IS HEREBY ORDERED** that

plaintiffs may serve immediate discovery on Stanford

University to obtain the identity of defendant John Doe by

serving a Rule 45 subpoena that seeks information sufficient

to identify John Doe, including the name, current and

permanent addresses and telephone numbers, e-mail address, and

Media Access Control (MAC) address for John Doe.  Without such

discovery, plaintiffs cannot identify John Doe, and thus

cannot pursue their lawsuit aimed at protecting their

1  copyrighted works from infringement.

2      **IT IS FURTHER ORDERED** that any information disclosed to

3  plaintiffs in response to the Rule 45 subpoena may be used by

4  plaintiffs solely for the purpose of protecting plaintiffs'

5  rights under the Copyright Act.

6  Dated: March 7, 2008

7  _____

8                    Bernard Zimmerman
                    United States Magistrate Judge

9

10 G:\BZALL\-BZCASES\WARNER BROS. V. JOHN DOE\ORDER granting Immediate
   Discovery.wpd

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28