UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Warner Bros. Records, Inc., et al.,          No. C08-1195 BZ

    Plaintiff(s).

    v.          NOTICE OF IMPENDING REASSIGNMENT TO A UNITED <u>STATES DISTRICT COURT JUDGE</u>

John Doe,

    Defendant(s).

_____/

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Case Management Conference set for **June 16, 2008** at **4:00 p.m.** is hereby **VACATED**.

Dated: March 10, 2008

        Richard W. Wieking, Clerk
        United States District Court

        *Lashanda Scott*
        _____
        By: Lashanda Scott - Deputy Clerk to Magistrate Judge Bernard Zimmerman

reassign.DCT