**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

**March 11, 2008**

**CASE NUMBER:  CV 08-01195 BZ**
**CASE TITLE:  WARNER BROS RECORDS-v-JOHN DOE**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **OAKLAND** division.

**Honorable SAUNDRA BROWN ARMSTRONG** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/11/08

FOR THE EXECUTIVE COMMITTEE:

_____  
Richard W. Wieking, Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies             Special Projects  
Log Book Noted                            Entered in Computer 3/11/08 MAB

CASE SYSTEMS ADMINISTRATOR:  
Copies to:  All Counsel                   Transferor CSA