Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; LAFACE RECORDS LLC; BMG MUSIC; INTERSCOPE RECORDS; and CAPITOL RECORDS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; LAFACE RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; INTERSCOPE RECORDS, a California general partnership; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>          Plaintiffs,<br><br>  v.<br><br>JOHN DOE,<br>          Defendant. | Case No. 08-01195-SBA<br><br>**Honorable Saundra Brown Armstrong**<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. 08-01195-SBA
#35895 v1

1    Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs WARNER BROS. RECORDS INC., *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant John Doe, also identified as ID # 133700825 with IP address 171.64.210.90 2007-06-21 21:55:25 EDT, each party to bear its/his own fees and costs.  The Clerk of Court is respectfully requested to close this case.

Dated:    April 1, 2008                HOLME ROBERTS & OWEN LLP


                                       By    */s/ Matthew Franklin Jaksa*
                                       MATTHEW FRANKLIN JAKSA
                                       Attorney for Plaintiffs
                                       WARNER BROS. RECORDS INC.; UMG
                                       RECORDINGS, INC.; LAFACE RECORDS
                                       LLC; BMG MUSIC; INTERSCOPE RECORDS;
                                       and CAPITOL RECORDS, INC.

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. 08-01195-SBA
#35895 v1